Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 2729 | **DATE** | May 13, 2011 |
| **CASE TITLE** | Kennado Taylor (#2010-1204047) v. Officer Yassin, et al. | | |

**DOCKET ENTRY TEXT:**

The court appoints Jeffrey Monberg, Krieg DeVault LLP, 33 N. LaSalle St., Ste. #2412, Chicago, IL 60602, tel: (312)423-9300, e-mail: jmonberg@kdlegal.com, to represent plaintiff in accordance with counsel's trial bar obligation under N.D. Ill. Local Rule 83.11(g). By 6/3/11, counsel shall file an appearance on behalf of plaintiff. By 7/1/11, counsel shall file an amended complaint or seek voluntary dismissal of this case in accordance with this order. Counsel should also inform the court, if seeking to continue this case, whether he will file another *in forma pauperis* application on plaintiff's behalf or whether the one currently on file is sufficient for this case.

■ [**For further details see text below.**]  Docketing to mail notices.

## STATEMENT

Plaintiff Kennado Taylor (#2010-1204047), an inmate at the Cook County Jail, has filed three suits in this court: *Taylor v. Doe*, No. 11 C 2016; *Taylor v. Johnson*, No. 11 C 2630; and *Taylor v. Yasin*, No. 11 C 2729. All three complaints concern an inability to obtain adequate psychiatric care at the Cook County Jail and the use of excessive force by jail officers. It is unclear whether the complaints involve the same or related incidents and whether plaintiff should submit one complaint covering all of these claims. *See George v. Smith*, 507 F.3d 605, 607-08 (7th Cir. 2007) (a plaintiff may file in one complaint related claims or unrelated claims against the same party; however, he must file different suits for unrelated claims against different defendants). Furthermore, given plaintiff's pleadings, as well as his alleged psychiatric condition, it appears that he would benefit from the representation by counsel.

Accordingly, the court appoints Jeffrey Monberg, Krieg DeVault, LLP, 33 N. LaSalle St., Ste. #2412, Chicago, IL 60602, tel: (312)423-9300, -email: jmonberg@kdlegal.com, to represent plaintiff in accordance with counsel's trial bar obligation under N.D. Ill. Local Rule 83.11(g). After consulting with plaintiff, counsel should be able to determine whether plaintiff should proceed with one or separate suits for his claims. If one complaint suffices for plaintiff's claims, counsel should file an amended complaint in one of the cases and seek the dismissal of the other two. If more than one complaint is needed, counsel may file amended complaints that better state plaintiff's claims. If counsel's Fed. R. Civ. P. 11 obligations prevent him from filing an amended complaint, he should so inform the court.

When investigating plaintiff's claims, counsel should consider whether any of them fall within the scope of the claims of class this Court certified in *Parish v. Sheriff of Cook County*, No. 07 C 4369, which is currently assigned to Judge Gary Feinerman.

isk